R. Sam Hopkins, Chapter 7 Trustee
Correspondence email: samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

U.S. COURTS
JUL 13 2016
Rcvd_____ Filed CS Time 9:10
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

**Kelly Young**

**Jamie Young**

  Debtor(s)

CASE NO. 10-41049-JDP

CHAPTER 7

## TURNOVER OF FUNDS TO CLERK

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

2. The following funds represent disbursement to creditors which were not Claimed within ninety (90) days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT | CLAIM# |
|---|---|---|---|---|
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | 10114 | 7/12/16 | $1,695.29 | #1 |

Dated this Tuesday, July 12, 2016.

/s/ R. Sam Hopkins
R. Sam Hopkins, Trustee

FEE PAID
RCPT # 455095